```
       IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                 WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                                NO. 4:06CR00352-004 SWW

SHANNA LEIGH CUNNINGHAM

### ORDER

The above entitled cause came on for hearing on government's petitions to revoke probation [doc #111, #118] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of SIX (6) MONTHS in the custody of the Bureau of Prisons.

> The Court recommends that defendant be incarcerated in a facility as close to Russellville, Arkansas as possible; and that defendant participate in a non-residential substance abuse treatment program and mental health counseling.

There will be ONE (1) YEAR of supervised release following the term of incarceration with the following conditions:

> 1. Defendant shall serve the first FOUR (4) MONTHS of supervised release in a residential reentry facility and participate in mental health counseling and substance abuse counseling and treatment under the guidance and direction of the U. S. Probation Office.
>
> 2. Defendant shall participate, under the guidance and supervision

of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The defendant is remanded to the custody of the U. S. Marshal Service for transport to the designated facility to serve the sentence imposed.

IT IS SO ORDERED this 6TH day of August 2009.

/s/Susan Webber Wright

United States District Judge