# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.  4:06CR00352-004  SWW

SHANNA LEIGH CUNNINGHAM

### AMENDED ORDER

Pending before the Court are the government's motions to revoke conditions of supervised release as to the above-named defendant. A hearing was held May 13, 2010 and then the matter was continued to September 14, 2010. The Court found that defendant was in violation of the conditions of supervised release, however, the Court further found that the defendant's supervised release should not be revoked at this time, but instead that a modification of conditions of release would be imposed extending the supervised release for one (1) year. Following the hearing it was brought to the Court's attention that the modification did not fall into the Guideline or Statutory Provisions.

IT IS THEREFORE ORDERED that government's motions for revocation of supervised release [doc #131 & #137] are ***GRANTED*** and defendant hereby is sentenced to ***TIME SERVED AND ONE (1) YEAR OF SUPERVISED RELEASE TO FOLLOW*** including additional conditions.

  1. Defendant shall serve a period of ***SEVEN (7) MONTHS*** in home detention with electronic monitoring. The cost of such monitoring

is to be paid by the United States Probation Office.

2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

4. Defendant shall maintain employment or be actively seeking employment if not granted disability.

5. Defendant shall sign releases to allow the U. S. Probation Office access to defendant's medical records and prescription information.

6. Defendant shall sign a release to allow U. S. Probation Office access to defendant's disability records.

7. Defendant shall participate in Narcotics Anonymous on a daily basis under the guidance and supervision of the U. S. Probation Office.

All general, standard and special conditions previously imposed remain in full force and effect.

IT IS SO ORDERED this 16th day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE